**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: June 5, 2018**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Vancouver, Washington**
**RESPONSE DATE: May 29, 2018**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>JUDITH ANN PITRE<br><br>                         Debtor. | Case No.: 17-43502-BDL<br><br>NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |

## **NOTICE**

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Brian D. Lynch at **1:00 p.m. on June 5, 2018**, at the Vancouver Federal Building, 500 West 12th, 2nd Floor, Vancouver, Washington, 98660.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **May 29, 2018**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

NOTICE AND MOTION TO DISMISS - 1

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

# MOTION

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. The debtor filed this case on **September 19, 2017**. The case was confirmed by order of the Court on **March 10, 2018.**

2. Pursuant to the confirmed plan, the debtor is required to make plan payments of $2,175.00 through January and $3,550.00 per month starting February 2018 and continue thereafter. Debtor is presently delinquent in plan payments in the amount of $7,100.00, supported by the Declaration filed herewith.

3. The debtor has otherwise defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments and due to the delinquency the case is unable to timely complete.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 2nd day of May, 2018.

_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE AND MOTION TO DISMISS    - 2

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600